# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS

APPELLATE NO.

TRIAL COURT NO. 28114

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/26/2015 1:19:04 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| VS. | * | ANDERSON COUNTY, TEXAS |
| JEANNE MILES | * | 3RD JUDICIAL DISTRICT |

**The records in my office reflect the following information in this case:**

CASE TYPE: POSS CS PG 1< 1G

JUDGMENT OR APPEALABLE ORDER SIGNED: 12.12.2014

MOTION FOR NEW TRIAL FILED: 01.15.2015

NOTICE OF APPEAL FILED: 01.15.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: 01.15.2015

PRESIDING TRIAL COURT JUDGE: BASCOM W. BENTLEY

TRIAL COURT REPORTER(S): NANCY ADAMS

WAS APPELLANT DECCLARED INDIGENT?      YES: X      NO:

APPELLANT'S COUNSEL IS:    RETAINED:      APPOINTED: X    PRO SE:

APPELLANT'S    ATTORNEY: MARK CARGILL
ADDRESS:  701 N. ELM STREET
PALESTINE, TEXAS 75801
TELEPHONE: 903-729-8011
FAX:      903-729-5112
STATE BAR CARD NO.: 00787201

APPELLEE'S       ATTORNEY: ALLYSON MITCHELL, Dist. Atty.
                       ADDRESS: 500 N. Church St.
                                     PALESTINE, TEXAS 75801
                       TELEPHONE: 903-723-7400
                       STATE BAR CARD NO.: 24026884

DATED THIS 26TH DAY OF JANUARY, 2015.

JANICE STAPLES
DISTRICT CLERK

BY: _____
DEPUTY – Becky Brewster

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
1517 W. Front St., Ste. 354, Tyler, TX 75702)

***PLEASE ATTACHED A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO
THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION
IS COMPLETE. THANK YOU.**

## NO. 28114

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| vs. | § | 3RD JUDICIAL DISTRICT |
| | § | |
| JEANNE MILES | § | ANDERSON COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes JEANNE MILES, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against JEANNE MILES.

Respectfully submitted,

CARGILL & ASSOC
701 N. Elm Street
Palestine, Tx 75801
Tel: (903) 729-8011
Fax: (903) 729-5112

By:_____
Mark W. Cargill
State Bar No. 00787201
Attorney for JEANNE MILES

## CERTIFICATE OF SERVICE

This is to certify that on January 14, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by hand delivery.

_____
Mark W. Cargill

FILED FOR RECORD

At 11:32 o'clock Ɑ. ɯ

DEC 1 2 2014

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

CASE NO. 28114          COUNT
INCIDENT NO./TRN: 0058478337

THE STATE OF TEXAS          §          IN THE 3RD DISTRICT
                           §
                           §
V.                         §          COURT
                           §
                           §
JEANNE MILES               §          ANDERSON COUNTY, TEXAS
                           §
                           §
STATE ID NO.: TX04841739   §

## JUDGMENT REVOKING COMMUNITY SUPERVISION

| Judge Presiding: | HON. Bascom W. Bentley | Date Judgment Entered: | 12/12/2014 |
|---|---|---|---|

| Attorney for State: | STANLEY SOKOLOWSKI | Attorney for Defendant: | SCOTT NICHOLSON |
|---|---|---|---|

| Date of Original Community Supervision Order: | Statute for Offense: |
|---|---|
| 3/18/2013 | 481.115(b)HSC |

Offense for which Defendant Convicted:

**POSS CS PG 1 <1G**

Date of Offense:
**08/03/2004**

| Degree of Offense: | Plea to Motion to Revoke: | Findings on Deadly Weapon: |
|---|---|---|
| STATE JAIL FELONY | TRUE | N/A |

Original Punishment Assessed:
2 YEARS STATE JAIL DIVISION, TDCJ PROBATED 5 YEARS FINE: $ N/A

Shock Community Supervision:
N/A YEARS   PROBATED          YEARS FINE: $ N/A

| Date Sentence Imposed: | 12/12/2014 | Date Sentence to Commence: | 12/12/2014 |
|---|---|---|---|

| Punishment and Place of Confinement: | 2 YEARS STATE JAIL DIVISION, TDCJ |
|---|---|

### THIS SENTENCE SHALL RUN CONCURRENTLY.

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ N/A | $ 112 | $ N/A | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |

### IS ORIGINAL JUDGMENT / SENTENCE REFORMED? NO

☐ In accordance with Section 12.44(a) Penal Code, the Court finds that the ends of justice would best be served by punishment as a Class A misdemeanor. Defendant is adjudged to be guilty of a state jail felony and is assessed punishment indicated above.

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| | From 12/12/2014 to 12/12/2014 | From | to | From | to |
|---|---|---|---|---|---|
| Time Credited: | From | to | From | to | From | to |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**N/A DAYS     NOTES: N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called in **Anderson** County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

The State filed a motion to revoke Defendant's community supervision. After hearing the State's motion, Defendant's plea, the evidence submitted, and reviewing the record, the Court GRANTS the State's motion. The Court's record indicates that Defendant was previously convicted of a felony offense and punishment was assessed as indicated above. The record indicates the Court ordered imposition of Defendant's sentence of confinement suspended and placed Defendant on community supervision for **5 YEARS**.

The Court FINDS Defendant has violated the conditions of community supervision as set out in the State's ORIGINAL Motion to Revoke Community Supervision as follows:

4.6.15 ( NOT TRUE TO COUTNS 17,20,24,25)

Accordingly, the Court ORDERS the previous orders in this cause suspending imposition of sentence of confinement and placing Defendant on community supervision REVOKED. (select one of the following)

☒ The Court ORDERS Defendant punished in accordance with the judgment and sentence originally entered in this cause.

☐ Finding it to be in the interest of justice, the Court ORDERS Defendant punished in accordance with the reformed judgment and sentence indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, State Jail Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Anderson County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of **Anderson** County, Texas on the date the sentence is to commence. Defendant shall be confined in the **Anderson** County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the        . Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a FINE ONLY. The Court ORDERS Defendant to proceed immediately to the Office of the        County . Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

The Court ORDERS Defendant's sentence EXECUTED.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

The Court further ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

### Furthermore, the following special findings or orders apply:

Reimbruse Court Appointed Attorney Fees.

Signed and entered on December 12, 2014

X _____

Honorable Bascom W. Bently, III
JUDGE PRESIDING

Clerk: Janice Staples



Right Thumbprint

12-12-14

Jeanne Miles